UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOWARD CHAFLIN and ICONOCLAST
ADVISORS LLC,

        Plaintiffs,   **Civil Action Case No.:** 24-cv-4768

     v.   **Before**: Hon. Katherine Polk Failla

GO BIG SOLAR LLC and DAVID COX,

        Defendant.



---

**NOTICE OF DEFENDANTS GO BIG SOLAR LLC AND DAVID COX MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, PERSONAL JURISDICTION, IMPROPER VENUE, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

PLEASE TAKE NOTICE that upon all pleadings and proceedings in this case, Defendant will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the United States Courthouse for the Southern District of New York, for an order to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), and 12(b)(2), 12(b)(3), and 12(b)(6) for lack of subject matter jurisdiction and lack of personal jurisdiction, improper venue, and"failure to state a claim upon which relief can be granted, and granting such other and further relief as this Court deems just and proper.

Dated: September 9, 2024        By:    /s/ Damon A. Hagan
                                                   Damon A. Hagan, Esq.
                                                   Law Office of Damon A. Hagan, Esq.
                                                   8 Harbor Lane
                                                   East Quogue, NY 11942
                                                   Telephone: (631)-594-2051
                                                   Facsimile: (631)-614-3640
                                                   Damon@damonhagan.com
                                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that the Pro Se Plaintiffs have filed a Consent to Electronic Service on July 9, 2024 are being served via email and ECF service on September 9, 2024.

Dated: September 9, 2024    By:    /s/ Damon A. Hagan
Damon A. Hagan, Esq.
Law Office of Damon A. Hagan, Esq.
8 Harbor Lane
East Quogue, NY 11942
Telephone: (631)-594-2051
Facsimile: (631)-614-3640
Damon@damonhagan.com
Attorneys for Defendants

```
The Court is in receipt of Defendants' motion to dismiss which was filed sua
sponte in contravention of Rule 4 of the Court's Individual Rules of Practice
in Civil Cases.  (See Dkt. #10).  Defendants are instructed to comply with Rule
4 and submit a pre-motion letter, no longer than three pages in length,
requesting leave to file a motion to dismiss on or before September 30, 2024.
Plaintiff is instructed to file a letter response of no more than three pages
in length on or before October 14, 2024.

The Court will hold a pre-motion conference to discuss Defendants' contemplated
motion to dismiss on or before November 7, 2024, at 11:00 a.m.  The conference
will be telephonic.  The dial-in information is as follows:  On November 7,
2024, at 11:00 a.m., the parties shall call (888) 363-4749 and enter access
code 5123533.

Finally, Plaintiffs are advised, once again, that if Iconoclast Advisors LLC
wishes to continue with this case, the Court will expect counsel for the LLC to
file a notice of appearance promptly.

The Clerk of Court is directed to terminate the pending motion at docket number
10.

Dated:    September 11, 2024
          New York, New York
```

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE