UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICONOCLAST ADVISORS, LLC and
HOWARD CHALFIN,

                     Plaintiffs,

            -v. -

GOBIG SOLAR, LLC and DAVID COX,

                     Defendants.

24 Civ. 4768 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On November 7, 2024, the Court held a pre-motion conference to discuss Defendants' anticipated Motion to Dismiss. The Court set the following deadlines: Plaintiff shall file his Amended Complaint on or before **December 13, 2024**; Defendants shall file their Motion to Dismiss on or before **January 17, 2025**; Plaintiff shall file his Opposition on or before **February 18, 2025**; and Defendants shall file their Reply on or before **March 4, 2025**. In addition, given Plaintiff's *pro se* status, Defendants were ordered to attach to their Memoranda of Law any cases cited therein.

      Furthermore, as and for the reasons discussed during the conference, Plaintiff is ordered not to contact Mr. Cox, or other related individuals or entities, directly about matters relating to this action. Communications regarding this action should be directed to Defendants' counsel.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge