**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HOWARD CHALFIN,

                Plaintiff,

  -against-                                 24 **CIVIL** 4768 (KPF)

                                                 **JUDGMENT**

GOBIG SOLAR, LLC., GO BIG SOLAR, LLC and
DAVID COX

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 17, 2025, Defendants' motion to dismiss is GRANTED. Pursuant to its inherent authority, the Court dismisses Plaintiff's claims with prejudice and imposes a penalty of $10,000 to be paid into the Registry of this Court within 60 days of the issuance of the Opinion. Accordingly, the case is closed.

**Dated:**  New York, New York

        July 18, 2025

                                                            **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                                    **BY:**

                                                              **Deputy Clerk**