UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD CHALFIN,<br><br>      Plaintiff,<br><br>    -v.-<br><br>GOBIG SOLAR, LLC and DAVID COX,<br><br>      Defendants. | 24 Civ. 4768 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On July 17, 2025, the Court entered an Opinion and Order granting Defendants' motion to dismiss with prejudice and "impos[ing] a penalty of $10,000 to be paid into the Registry of this Court within 60 days of the issuance of this Opinion." (Dkt. #26 at 60). The Clerk of Court entered a Judgment which also stated that the $10,000 penalty was "to be paid into the Registry of this Court." (Dkt. #27).

  The Court hereby clarifies that the $10,000 penalty is to be paid "to the Court," not "into the Registry of this Court."

  SO ORDERED.

Dated:  July 23, 2025
     New York, New York

                      KATHERINE POLK FAILLA
                      United States District Judge